```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :      24cr 150 (DLC)
                                     :
         -v-                         :      ORDER
                                     :
JOHN RIVERA,                         :
                                     :
                    Defendant.       :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the defendant is scheduled to waive indictment and enter a change of plea on **March 15, 2024 at 3:00 PM** in Courtroom 18B, 500 Pearl Street.

SO ORDERED:

Dated:   New York, New York
         March 5, 2024

_____
DENISE COTE
United States District Judge