**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
**20 Vesey Street**
**Suite 400**
**New York, New York 10007**
**Tel: 212-941-9940**
**Thomasdunnlaw@aol.com**

April 8, 2024

By ECF

Honorable Denise L. Cote
United States District Judge
United States District Court
500 Pearl Street
New York, N.Y. 10007

*Granted.*
*Denise Cote*
*4/8/24*

      Re: *United States v. John Rivera*,
         24 Cr, 150 (DLI)

Dear Judge Cote:

      I represent John Rivera. I write to request permission for Mr. Rivera to travel to Georgia to visit his sister. If Your Honor grants this request Mr. Rivera would leave New York on April 19th and return on April 29th. This application was initially granted at the presentment in this matter and U.S. Pretrial and the government consented to the request. Mr. Rivera decided not to travel at that time.

      U.S. Pretrial Officer Stephen Boose and Assistant U. S. Attorney Meredith Forster advised they have no objection to this request.

      Mr. Rivera will provide his travel information and the address of his sister in Georgia to U.S. Pretrial.

      Thank you for your consideration of this request.

                         Very truly yours.
                         /s/
                         Thomas F.X. Dunn

Cc: Meredith Foster, Esq.
    Assistant U.S. Attorney
    (By ECF)

    Stephen Boose
    U.S. Pretrial Officer (by email)