UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :        24cr150 (DLC)
                                          :
            -v-                           :        ORDER
                                          :
JOHN RIVERA,                              :
                                          :
                  Defendant.              :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

The defendant consented on June 28, 2024 to the immediate payment of $7,500 in restitution.  Having received the defendant's letter of July 17, it is hereby

ORDERED that the defendant shall submit by July 23, 2024 a proposed order setting out a payment plan for restitution.

Dated:    New York, New York
          July 19, 2024

                                   _____
                                          DENISE COTE
                                   United States District Judge